**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge Raymond P. Moore

Case No. 15-cv-02632-RM-CBS

PETRA TURNER,

    Plaintiff,

v.

CALIBER HOME LOANS, INC. and H&H INVESTMENT COMPANY

    Defendants.

---

**ORDER: MOTION TO DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT H&H INVESTMENT COMPANY**

---

This matter is before the Court on Plaintiff's Motion to Dismiss Claims Against Defendant H & H Investment Company With Prejudice (ECF No. 35). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Plaintiffs' Motion (ECF No. 35) is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff's claims and complaint as against Defendant H&H Investment Company only are hereby **DISMISSED WITH PREJUDICE**.

**FURTHER ORDERED** that Defendant H&H Investment Company's name shall be removed from the caption in all future filings with the Court.

DATED this 31st day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge